Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation filed, ordered cause, 35 F.Supp. 116, remanded to the said District Court for further proceedings, without costs to either party.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SCHARFF KOKEN MANUFACTURING COMPANY.

No. 524.

Circuit Court of Appeals, Eighth Circuit.

May 23, 1941.

Robert B. Watts, of Washington, D. C., Gen. Counsel, National Labor Relations Board, for petitioner.

Joseph A. Lennon, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation.

Arthur D. REYNOLDS, Collector of Internal Revenue, etc., Appellant, v. Emma FLANAGAN.

No. 11906.

Circuit Court of Appeals, Eighth Circuit.

May 2, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellant.

Joseph W. Finley and Joseph A. Maun, both of St. Paul, Minn., for appellee.

PER CURIAM.

Judgment of District Court reversed, without taxation of costs in favor of either of the parties in this court, pursuant to stipulation.

Ed TAYLOR, Jr., Appellant, v. UNITED STATES of America.

No. 11783.

Circuit Court of Appeals, Eighth Circuit.

May 16, 1941.

Harper & Harper and Paul M. Lester, all of Fort Smith, Ark., for appellant.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, without costs to either party in this court, on motion of appellant. Defendant ordered to surrender to custody, etc.

TEXAS PACIFIC COAL AND OIL COMPANY, Appellant, v. F. R. VAN DE PUTTE, as Administrator of the Estate of John F. Pewters, Deceased, et al., Appellees.

No. 9794.

Circuit Court of Appeals, Ninth Circuit.

June 16, 1941.

Wm. K. Hall, of Fort Worth, Tex., and LaRue Smith, of Great Falls, Mont., for appellant.

E. J. McCabe, H. C. Hall, and Edward C. Alexander, all of Great Falls, Mont., for appellees.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good

cause therefor appearing, it is ordered that the appeal herein, 35 F.Supp. 794, be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

Spencer THORPE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9734.

Circuit Court of Appeals, Ninth Circuit.

June 4, 1941.

Mackay, McGregor & Reynolds, of Los Angeles, Cal., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and S. Key, Sp. Asst. to Atty. Gen., for respondent.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

UNITED STATES of America v. Harold N. SONNER.

No. 8984.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1941.

Frederic W. Johnson and Joseph M. LeMense, both of Cincinnati, Ohio, for the United States.

Charles J. Brennan, of Dayton, Ohio, for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by appellant, accompanied by certificate of the clerk of the District Court as required by rule 19, on consideration whereof, it is now ordered that the appeal be and the same is hereby docketed, and dismissed costs to be charged against the Government as constructive earnings.